CAED 435
(Rev. 1/14)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*You **must** provide the name of the Reporter.*

| 1. NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE | |
|---|---|---|---|---|
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | | |
| | | 11. FROM | 12. TO | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY | 15. STATE | |

16. ORDER FOR

➧ APPEAL  ➧ CRIMINAL  ➧ CRIMINAL JUSTICE ACT  ➧ BANKRUPTCY

➧ NON-APPEAL  ➧ CIVIL  ➧ IN FORMA PAUPERIS  ➧ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTION(S) | DATE(S) | REPORTER | PORTION(S) | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ➧ VOIR DIRE | | | ➧ TESTIMONY (Specific Witness) | | |
| ➧ ENTIRE TRIAL | | | | | |
| ➧ SENTENCING | | | | | |
| ➧ MOTION HEARING | | | ➧ OTHER (Specify) | | |
| ➧ STATUS HEARING | | | | | |
| ➧ CHANGE OF PLEA | | | | | |
| ➧ PRE-TRIAL PROCEEDING | | | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ➧ | ➧ | NO. OF COPIES | | |
| 14-Day | ➧ | ➧ | NO. OF COPIES | | |
| EXPEDITED | ➧ | ➧ | NO. OF COPIES | | |
| DAILY | ➧ | ➧ | NO. OF COPIES | | |
| HOURLY | ➧ | ➧ | NO. OF COPIES | | |
| REALTIME | ➧ | ➧ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE | PROCESSED BY | |
| 20. DATE | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |